UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LINDA MOISE,

      Plaintiff,

v.                                              Case No. 2:20-cv-102-JLB-NPM

THE SCHOOL BOARD OF COLLIER
COUNTY,

      Defendant.
_____

## **ORDER**

The parties have stipulated to dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (Doc. 33.)  The stipulation is self-executing.  Anago Franchising, Inc. v. Shaz, LLC, 677 F.3d 1272, 1278 (11th Cir. 2012).  The Clerk of Court is **DIRECTED** to close the file.

**ORDERED** in Fort Myers, Florida, on October 27, 2021.

_____
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE